SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CARLOS MAY D/B/A MAY FLOWERS;<br>ROBERT J. MAY; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:24-cv-06279-MEMF (MARx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: March 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>Honorable Judge Maame Ewusi-Mensah Frimpong |

To Defendants CARLOS MAY D/B/A MAY FLOWERS; ROBERT J. MAY; and the attorneys of record, if any: Please take notice that on March 13, 2025, at 10:00 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff DEONDRE RAGLIN will present Plaintiff's motion for default judgment against Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY. The Clerk has previously entered the default on said Defendants on September 24, 2024 (Dkt. #16).

At the time and place of hearing, Plaintiff will present proof of the following matters: (1) Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY are not minors or incompetent persons or in military service or otherwise exempted under

Plaintiff's Notice of Motion and Motion for Default Judgment by Court - 1

the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, the Unruh Civil Rights Act, the California Disabled Persons Act, the California's Unfair Competition Act, and Negligence.

The Plaintiff seeks a judgment in the amount of $4,000.00 in statutory damages, $2,575.00 in attorney's fees, and $670.00 in costs as set forth in the attached Declaration of Jason J. Kim and an Order directing the Defendants to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendants are readily accessible to and usable by individuals with disabilities at the property located at or about 8521 Norwalk Blvd., #A, Whittier, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY on February 5, 2025, by first class United States Mail, postage prepaid.

Dated:  February 5, 2025            **SO. CAL. EQUAL ACCESS GROUP**


By:    */s/ Jason J. Kim*
         Jason J. Kim, Esq.
         Attorneys for Plaintiff