SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>              Plaintiff,<br><br>       vs.<br><br>CARLOS MAY D/B/A MAY FLOWERS;<br>ROBERT J. MAY; and DOES 1 to 10,<br><br>              Defendants. | **Case No.: 2:24-cv-06279-MEMF (MARx)**<br><br>**Declaration of Jason J. Kim in Support of Plaintiff's Motion for Default Judgment by Court**<br><br>Date: March 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>Honorable Judge Maame Ewusi-Mensah Frimpong |

1.  I, the undersigned, am an attorney licensed to practice law by the State Bar of California. I am an attorney with So. Cal. Equal Access Group, and an attorney of record for the moving party, Plaintiff DEONDRE RAGLIN, and, in that capacity, I am familiar with this matter. Based on my own experience and knowledge, I can testify to the following.

2.  I have been in practice for more than twenty-five years. I have prosecuted and defended numerous disability access cases, and have a great amount of trial experience. I have taken and defended hundreds of depositions, and attended hundreds of hearings.

Declaration of Jason J. Kim - 1

3. Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY are not infants or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. We conducted a public records search in order to ascertain the owners and operators of the facility that is the subject of this litigation. Based on this search and the records located, our office determined, to the best of our knowledge, that Defendant CARLOS MAY D/B/A MAY FLOWERS owns and operates the Business, and Defendant ROBERT J. MAY owns the real property, located at or about 8521 Norwalk Blvd., #A, Whittier, California, that is the subject of this lawsuit on the date complained of by Plaintiff.

5. Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY were served with the Summons and Complaint on August 21, 2024 (Dkt. #10) and (Dkt. #12), respectively. Thereafter, defaults of Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY were entered on September 24, 2024 (Dkt. #16), as to the Complaint filed by Plaintiff on July 25, 2024 (Dkt. #1).

6. Notice of this Motion for Default Judgment by court was served on Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY on February 5, 2025, by first class United States Mail, postage prepaid.

7. Our office expended time and incurred costs in preparing this case. I have done the following: (1) discussed the case with the client and developed the intake notes; (2) reviewed documentary evidence pertaining to the site inspection of the real property to comply with my Rule 11 obligations; (3) reviewed the results of public records research to determine the identities of the business owner and owner of the real property; (4) drafted and reviewed the Complaint; (5) drafted and executed the Request for Entry of Default; (6) and drafted this motion for default judgment, my supporting declaration, and Plaintiff's declaration. Our office personnel and I spent a total of 8.30 hours of time in

prosecuting this case, and incurred $670.00 in expenses. A true and correct copy of our office's Billing Statement describing the tasks performed and the rate at which each task was performed is attached hereto as Exhibit "A".

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  February 5, 2025                              **SO. CAL. EQUAL ACCESS GROUP**

By:    _/s/ Jason J. Kim_____
        Jason J. Kim, Esq.
        Attorneys for Plaintiff

Declaration of Jason J. Kim - 3

EXHIBIT "A"

# SO. CAL. EQUAL ACCESS GROUP

**101 S. Western Avenue, Second Floor**
**Los Angeles, CA 90004**
**T: (213) 205-6560**
**cm@SoCalEAG.com**

## BILLING STATEMENT

**Case Name:**    Deondre Raglin v. Carlos May d/b/a May Flowers; Robert J. May
**Case Number:**    2:24-cv-06279-MEMF-MARx

### BILLABLE HOURS

| Date | Timekeeper | Task Description | Hourly Rate | Hours Worked | Fee (Hourly Rate x Hours Worked) |
|---|---|---|---|---|---|
| 5/29/2024 | JJK - Attorney | Initial consultation w/ client - fact gathering & intake; analysis of client's claim | $500.00 | 1.00 | $500.00 |
| 6/12/2024 | MJ - Paralegal | Initial assessment: Google maps; Yelp search; Address search; Business search; public records (LexisNexis; DataTree): Deed search | $150.00 | 0.50 | $75.00 |
| 6/22/2024 | MJ - Paralegal | Property visit | $150.00 | 0.50 | $75.00 |
| 7/25/2024 | JJK - Attorney | Final review of facts & assessments; Rule 11 obligation | $500.00 | 0.40 | $200.00 |
| 7/25/2024 | JJK - Attorney | Draft Complaint & Initial pleadings | $500.00 | 0.50 | $250.00 |
| 7/25/2024 | MJ - Paralegal | eFile initial pleadings; create case file | $150.00 | 1.00 | $150.00 |
| 8/8/2024 | MJ - Paralegal | Gather Summons & Complaint packet; subsequent dockets | $150.00 | 0.30 | $45.00 |
| 8/8/2024 | MJ - Paralegal | Copy S&C / Prepare Service Request Forms | $150.00 | 0.40 | $60.00 |
| 8/26/2024 | MJ - Paralegal | eFile Proofs of Service | $150.00 | 0.40 | $60.00 |
| 9/12/2024 | JJK - Attorney | Draft Request for Entry of Default D2 | $500.00 | 0.50 | $250.00 |
| 9/12/2024 | MJ - Paralegal | eFile & Serve Request for Entry of Default D2 | $150.00 | 0.40 | $60.00 |

| Date | | Description | Rate | Quantity | Total |
|---|---|---|---|---|---|
| 9/23/2024 | JJK - Attorney | Draft Request for Entry of Default D1 | $500.00 | 0.40 | $200.00 |
| 9/23/2024 | MJ - Paralegal | eFile & Serve Request for Entry of Default D1 | $150.00 | 0.30 | $45.00 |
| 1/7/2025 | MJ - Paralegal | Gather subsequent dockets; Calendar Motion for Default Judgment Deadline | $150.00 | 0.20 | $30.00 |
| 2/5/2025 | JJK - Attorney | Draft Motion for Default Judgment; Memorandum of points & authorities; Supporting declarations; etc. | $500.00 | 1.00 | $500.00 |
| 2/5/2025 | MJ - Paralegal | eFile & Serve Motion packet | $150.00 | 0.50 | $75.00 |
| | | | | **8.30** | **$2,575.00** |

## EXPENSES

| Date | Description | Rate | Quantity | Total |
|---|---|---|---|---|
| 6/12/2024 | Deed purchase | $45.00 | 1 | $45.00 |
| 6/22/2024 | Gas & Mileage reimbursement | $60.00 | 1 | $60.00 |
| 7/25/2024 | Filing fee | $405.00 | 1 | $405.00 |
| 8/26/2024 | Service of Process | $80.00 | 2 | $160.00 |
| | | | | **$670.00** |

**Statement Balance**       **$3,245.00**