SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CARLOS MAY D/B/A MAY FLOWERS;<br>ROBERT J. MAY; and DOES 1 to 10,<br><br>                    Defendants. | **Case No.: 2:24-cv-06279-MEMF (MARx)**<br><br>**Declaration of DEONDRE RAGLIN in Support of Plaintiff's Motion for Default Judgment**<br><br>Date: March 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>Honorable Judge Maame Ewusi-Mensah Frimpong |

1. I am the plaintiff in this matter and, based on my own experience and knowledge, I can competently declare the following:

2. I have a physical disability with substantial limitation in ability to walk. I suffer from paraplegia due to a T8 spinal cord injury which substantially limits my ability to walk. I require the use of a wheelchair for mobility at all times when traveling.

3. In or around April of 2024, I went to a florist located at or about 8521 Norwalk Blvd., #A, Whittier, California ("Business").

DECLARATION OF DEONDRE RAGLIN - 1

4. When I got there, I discovered barriers and conditions in the parking space that denied full and equal access by persons like myself who require the use of a wheelchair for mobility.

5. Due to the lack of accessible facilities, I have been deterred from further attempting to visit the Business.

6. I would like to return to the Business.

7. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and accurate.

Dated: February 5, 2025

By: _____

DEONDRE RAGLIN,
Plaintiff

DECLARATION OF DEONDRE RAGLIN - 2