**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>CARLOS MAY D/B/A MAY FLOWERS;<br>ROBERT J. MAY; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-06279-MEMF (MARx)**<br><br>**Proposed Judgment Re: Default Judgment**<br><br>Date: March 13, 2025<br>Time: 10:00 a.m.<br>Courtroom: 8B<br><br>Honorable Judge Maame Ewusi-Mensah Frimpong |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff DEONDRE RAGLIN shall have JUDGMENT in Plaintiff's favor in the amount of $3,245.00 as costs-and-fees award, and $4,000.00 statutory damages penalty, for a total of $7,245.00, against Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY.

//

//

//

//

1

Additionally, Defendants CARLOS MAY D/B/A MAY FLOWERS and ROBERT J. MAY are ordered to provide a proper accessible parking space at the property located at or about 8521 Norwalk Blvd., #A, Whittier, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: _____

_____
Maame Ewusi-Mensah Frimpong
United States District Judge