SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
DEONDRE RAGLIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEONDRE RAGLIN,<br><br>        Plaintiff,<br><br>   vs.<br><br>CARLOS MAY D/B/A MAY FLOWERS;<br>ROBERT J. MAY; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-06279-MEMF (MARx)**<br><br>**Proof of Service** |

Proof of Service - 1

PROOF OF SERVICE

I, Mike Jun, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On February 5, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

CARLOS MAY D/B/A MAY FLOWERS          ROBERT J. MAY
8521 NORWALK BLVD., A.                10209 DEVERON DR.
WHITTIER, CA 90606                    WHITTIER, CA 90601-2015

DOCUMENT(S): **Plaintiff's Notice of Motion and Motion for Default Judgment by Court; Plaintiff's Memorandum of Points and Authorities in Support of Motion for Default Judgment by Court and Request to Affix Fees; Declaration of Jason J. Kim in Support of Plaintiff's Motion for Default Judgment by Court; Declaration of DEONDRE RAGLIN in Support of Plaintiff's Motion for Default Judgment; Proposed Judgment; [PROPOSED] Order Granting Plaintiff's Motion for Default Judgment**

(X)    BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )    BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )    BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )    BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )    BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on February 5, 2025, at Los Angeles, California.

_____

Proof of Service - 2